Certificate Number: 15557-NE-CC-039028901



15557-NE-CC-039028901

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 3, 2024</u>, at <u>5:39</u> o'clock <u>PM CST</u>, <u>Phyllis Medrano</u> received from <u>Urgent Credit Counseling, Inc.</u>, an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the <u>District of Nebraska</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C.  109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.


Date:    <u>November 3, 2024</u>          By:    <u>/s/Bernadette Ogega</u>

                                         Name:  <u>Bernadette Ogega</u>

                                         Title:  <u>Counselor</u>


\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).