# Social Security Administration
# Retirement, Survivors, and Disability Insurance
Important Information

BNC#:

PHYLLIS P MEDRANO
111 BAILEY ST
STRATTON NE  69043-5158

## Your 2024 Social Security Cost of Living Adjustment

Your Social Security benefit will increase by **3.2%** in 2024 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

| How Much You Will Get | |
|---|---|
| Your monthly benefit before deductions | $3,033.70 |
| Deductions: | |
| Medicare Medical Insurance | -$115.70 |
| (If you did not have Medicare as of November 16, 2023 or if someone else pays your premium, we show $0.00) | |
| Medicare Prescription Drug Plan | -$0.00 |
| (We will notify you if the amount changes in 2024. If you did not elect withholding as of November 1, 2023, we show $0.00) | |
| U.S. Federal tax withholding | -$0.00 |
| Voluntary Federal tax withholding | -$0.00 |
| (If you did not elect voluntary tax withholding as of November 16, 2023, we show $0.00) | |
| After we take any other deductions, you will receive the payment you are due for December 2023 on or about **January 24, 2024**. | $2,918.00 |

The information above shows your monthly benefit amount before and after deductions. Please remember, we will pay you in the month following the month for which it is due.

If you still get a paper check, you must visit the Department of the Treasury's website at www.godirect.gov to request electronic payments.

See Next Page