Certificate Number: 16339-NE-DE-039132975

Bankruptcy Case Number: 24-41182



16339-NE-DE-039132975

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 6, 2024</u>, at <u>2:01</u> o'clock <u>PM EST</u>, <u>Phyllis Medrano</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Nebraska</u>.

Date:  December 6, 2024

By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor