United States Bankruptcy Court

District of Nebraska

In re:  
Phyllis Patrice Medrano  
    Debtor

Case No. 24-41182-TLS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0867-4      User: admin      Page 1 of 2  
Date Rcvd: Mar 18, 2025      Form ID: B318      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Phyllis Patrice Medrano, P.O. Box 267, Stratton, NE 69043-0267 |
| 5423830 | | Elan Fin Svcs/ent Cu, Cb Disputes, Saint Louis, MO 63166 |
| 5423833 | + | Hitchcock County Attorney, P.O. Box 248, Hayes Center, NE 69032-0248 |
| 5423834 | + | Hitchcock County Treasurer, PO Box 248, Trenton, NE 69044-0248 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QPMKELLY.COM | Mar 19 2025 01:10:00 | Philip M. Kelly, Chapter 7 Trustee, PO Box 419, 105 E. 16th Street, Scottsbluff, NE 69361-3140 |
| 5423826 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Mar 18 2025 21:11:00 | ChexSystems, 2900 Lone Oak Pkwy Suite 125, Eagan, MN 55121-1594 |
| 5423828 | + | EDI: CITICORP | Mar 19 2025 01:10:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 5423829 | + | EDI: DISCOVER | Mar 19 2025 01:10:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5423821 | | Email/Text: bankruptcycourts@equifax.com | Mar 18 2025 21:11:00 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374 |
| 5423822 | ^ | MEBN | Mar 18 2025 21:06:51 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 5423832 | | Email/Text: bkdocs@guildmortgage.net | Mar 18 2025 21:11:00 | Guild Mortgage Company, Attn: Bankruptcy, 5887 Copely Dr, Fl 1, San Diego, CA 92111 |
| 5423831 | + | Email/Text: bankruptcy@greenskycredit.com | Mar 18 2025 21:11:00 | GreenSky, Attn: Bankruptcy, 5565 Glenridge Connector Suite #700, Atlanta, GA 30342-4796 |
| 5423825 | | EDI: IRS.COM | Mar 19 2025 01:10:00 | Department of the Treasury, Financial Management Services, P.O. Box 1686, Birmingham, AL 35201-1686 |
| 5423835 | + | EDI: JPMORGANCHASE | Mar 19 2025 01:10:00 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5423827 | | Email/Text: Rev.BNC@nebraska.gov | Mar 18 2025 21:11:00 | Nebraska Department of Revenue, Attn: Bankruptcy Unit, P.O. Box 94818, Lincoln, NE 68509-4818 |
| 5423836 | ^ | MEBN | Mar 18 2025 21:07:10 | Service Finance Company, Attn: Bankruptcy, Po Box 2935, Gainesville, GA 30503-2935 |
| 5423837 | + | EDI: SYNC | Mar 19 2025 01:10:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5423820 | | Email/Text: epr@telecheck.com | Mar 18 2025 21:11:00 | TeleCheck Services, Inc., 5251 Westheimer, |

District/off: 0867-4 | User: admin | Page 2 of 2
Date Rcvd: Mar 18, 2025 | Form ID: B318 | Total Noticed: 19

| | | | |
|---|---|---|---|
| 5423823 | ^ MEBN | Mar 18 2025 21:06:47 | Houston, TX 77056<br>Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5423824 | * | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2025      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jeremiah Luebbe | on behalf of Debtor Phyllis Patrice Medrano Office@steffenslaw.com steffenswr70363@notify.bestcase.com |
| Jerry L. Jensen | ustpregion13.om.ecf@usdoj.gov |
| Philip M. Kelly | pmktrustee@scottsblufflaw.com pkelly@ecf.axosfs.com |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Phyllis Patrice Medrano<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9506<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of Nebraska | |
| Case number: | 24–41182–TLS | |

# Order of Discharge                                                         12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Phyllis Patrice Medrano

<u>3/17/25</u>                                            **By the court:** <u>Thomas L. Saladino</u>
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                    **Order of Discharge**                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**